Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Leederson McGHEE, II |
| **Docket Number:** | 2:03CR00305-01 |
| **Offender Address:** | Los Angeles, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/24/2004 |
| **Original Offense:** | 18 USC 371, 1028(a)(7) - Conspiracy to Commit Fraud With Stolen Identification Information (CLASS D FELONY); 18 USC 4 - Misprision of a Felony (CLASS E FELONY) |
| **Original Sentence:** | 60 months probation; $200 special assessment |
| **Special Conditions:** | Access to financial information; No new credit; Program of testing; 180 days Home detention with electronic monitoring as directed; 30 days Custody of Bureau of Prisons for periods of intermittent confinement; Prohibited from employment in any business where has access to individual personal information; Co-payment plan. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 09/24/2004 |
| **Assistant U.S. Attorney:** | Michelle Rodriguez     **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | John Balazs, appointed     **Telephone:** (916) 505-1687 |
| **Other Court Action:** | None |

RE:     Leederson McGHEE, II
        Docket Number:  2:03CR-00305-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall refrain from any unlawful use of controlled substances. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as determined by the Court.

**Justification:**   The Central District of California has been providing supervision in this case since the offender was sentenced.  They have written a letter and asked that in light of the Ninth Circuit of Appeals' finding in *U.S. vs. Stephens*, Ninth Circuit 2005, that Your Honor be approached with a recommendation that the conditions of supervision be modified to authorize the maximum of 4 random drug tests per month.

The Court's findings in *Stephens* limits the probation officer to 3 random drug tests outside treatment, unless the Court sets the maximum number of tests.  Mr. McGhee's drug of choice includes alcohol, and three random drug tests provided by the conditions of supervision are exhausted during the month and his supervising officer indicates the offender's history warrants continued monitoring.  Mr. McGhee has signed a Waiver of Hearing to Modify the Conditions of Probation (on file in the United States Probation Office) and is agreeable.  This modification request is consistent with the practices of the Eastern District of California and it is recommended that the Central District request be granted.

Rev. 04/2005
PROB12B.MRG

RE:     Leederson McGHEE, II
        Docket Number:  2:03CR-00305-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


                        Respectfully submitted,


                        /s/Lori L. Koehnen
                        **LORI L. KOEHNEN**
                        **Senior United States Probation Officer**
                        Telephone:  (916) 930-4318

**DATED:**      April 18, 2006
                Sacramento, California
                LLK/cp


**REVIEWED BY:**     /s/Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

[ X ]   Modification approved as recommended.

[   ]   Modification not approved at this time.  Probation Officer to contact Court.

[   ]   Other:

Dated:  April 19, 2006

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

cc:     United States Probation
        Michelle Rodriguez, Assistant United States Attorney
        John Balazs, Assistant Federal Defender
        Defendant
        Court File

Attachment:   Presentence Report (Sacramento only)